| | |
|---|---|
| **SEYFARTH SHAW LLP**<br>Phillip J. Ebsworth (SBN 311026)<br>pebsworth@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone: (916) 448-0159<br>Facsimile: (916) 558-4839<br><br>**SEYFARTH SHAW LLP**<br>Simon L. Yang (SBN 260286)<br>syang@seyfarth.com<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017<br>Telephone: (213) 270-9600<br>Facsimile: (213) 270-9601<br><br>Attorneys for Defendant<br>PROGRESSIVE CASUALTY INSURANCE COMPANY | **MAYALL HURLEY P.C.**<br>Robert J. Wasserman (SBN 258538)<br>rwasserman@mayallaw.com<br>William J. Gorham (SBN 151773)<br>wgorham@mayallaw.com<br>Nicholas J. Scardigli (SBN 249947)<br>nscardigli@mayallaw.com<br>Vladimir J. Kozina (SBN 284645)<br>vjkozina@mayallaw.com<br>2453 Grand Canal Boulevard<br>Stockton, California, 95207-8253<br>Telephone: (209) 477-3833<br>Facsimile: (209) 473-4818<br><br>Attorneys for Plaintiff<br>LACRISHA BILOG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRISHA BILOG, an individual<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>Defendants | Case No. 2:19-cv-01236-MCE-CKD<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISMISSAL OF DEFENDANT'S FRCP RULE 12(b)(6) MOTION WITHOUT PREJUDICE.**<br><br>Complaint Filed: July 3, 2019 |

1

STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISMISSAL OF DEFENDANT'S FRCP RULE 12(B)(6) MOTION WITHOUT PREJUDICE

| | **STIPULATION** |
|---|---|
| 1 | |
| 2 | Plaintiff LaCrisha Bilog ("Plaintiff") and Defendant Progressive Casualty |
| 3 | Insurance Company ("Defendant")(collectively, the "Parties"), by and through their |
| 4 | respective counsel of record, hereby stipulate as follows: |
| 5 | WHEREAS, on July 3, 2019, Plaintiff filed her Class and Collective Action |
| 6 | Complaint alleging claims for: 1) Failure to Pay Overtime; 2) Failure to Pay All |
| 7 | Wages Due at Cessation of Employment; 3) Failure to Furnish Accurate Itemized |
| 8 | Wage Statements; and 4) Violation of Business and Professions Code Section 17200 |
| 9 | on behalf of herself and a putative class (Doc. #1); |
| 10 | WHEREAS, on July 26, 2019, Defendant filed a Motion to Dismiss or Strike |
| 11 | ("Motion"), challenging the sufficiency of Plaintiff's pleadings, with a hearing date of |
| 12 | October 3, 2019 (Doc. #5); |
| 13 | WHEREAS, subsequent to the filing of Defendant's Motion, the Parties have |
| 14 | engaged in substantial meet-and-confer efforts to attempt to address Defendant's |
| 15 | perceived deficiencies in Plaintiff's Complaint; |
| 16 | WHEREAS, as a result of these substantial meet-and-confer efforts, the Parties |
| 17 | have arrived at an agreement to permit Plaintiff to file a First Amended Complaint |
| 18 | and enable the Parties the opportunity to further meet-and-confer efforts; |
| 19 | WHEREAS, the Parties wish to avoid the unnecessary consumption of the time |
| 20 | and resources of the Court in resolving multiple motions to dismiss and/or strike; |
| 21 | WHEREAS, the Parties also wish to conduct initial disclosures in a timely and |
| 22 | efficient manner; |
| 23 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and |
| 24 | Defendant, through their respective counsel of record: |
| 25 | 1. The Parties jointly request leave of Court to permit Plaintiff to file the First |
| 26 | Amended Complaint attached hereto as **Exhibit A;** |

STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISMISSAL OF DEFENDANT'S FRCP RULE 12(B)(6) MOTION WITHOUT PREJUDICE

2. The Parties jointly request that the Court dismiss Defendant's Motion without prejudice;
3. The Parties agree to complete their initial disclosures pursuant to F.R.C.P. Rule 26(a)(1) within 14 calendar days of the Court's acceptance or rejection of this Stipulation;
4. The Parties shall meet and confer in good faith regarding any perceived deficiencies in the First Amended Complaint prior to Defendant filing any further motions pursuant to FRCP Rule 12;
5. Defendant may file another motion pursuant to FRCP Rule 12, within 21 days of an order permitting, and the filing of, Plaintiff's First Amended Complaint, on any issues that the Parties are not able to resolve through their meet-and-confer efforts.

DATED: September 19, 2019         SEYFARTH SHAW LLP


By: */s / Phillip J. Ebsworth*
    Simon L. Yang
    Phillip J. Ebsworth
Attorneys for Defendant
PROGRESSIVE CASUALTY
INSURANCE COMPANY

DATED: September 19, 2019         MAYALL HURLEY P.C.


By: */s / Robert J. Wasserman*
    Robert J. Wasserman
    Williams J. Gorham
    Nicholas J. Scardigli
    Vladimir J. Kozina
Attorneys for Plaintiff
LACRISHA BILOG

## ORDER

Having read and considered the foregoing Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED:

1. The Court grants Plaintiff leave to file the First Amended Complaint attached to the Stipulation as **Exhibit A**;
2. Defendant's pending Motion to Dismiss or Strike Plaintiff's Complaint (Doc #5) is dismissed without prejudice;
3. The Parties shall complete initial disclosures within 14 days of the issuance of this Order;
4. The Parties shall meet and confer in good faith regarding any perceived deficiencies in the First Amended Complaint prior to Defendant filing any further motions pursuant to FRCP Rule 12;
5. Defendant may file another motion pursuant to FRCP Rule 12, within 21 days of an order permitting, and the filing of, Plaintiff's First Amended Complaint, on any issues that the Parties are not able to resolve through their meet-and-confer efforts.

IT IS SO ORDERED.

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND DISMISSAL OF DEFENDANT'S FRCP RULE 12(B)(6) MOTION WITHOUT PREJUDICE