| | |
|---|---|
| **SEYFARTH SHAW LLP**<br>Phillip J. Ebsworth (SBN 311026)<br>pebsworth@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone:   (916) 448-0159<br>Facsimile:   (916) 558-4839<br><br>Attorneys for Defendant<br>PROGRESSIVE CASUALTY INSURANCE COMPANY | **MAYALL HURLEY P.C.**<br>Robert J. Wasserman (SBN 258538)<br>rwasserman@mayallaw.com<br>William J. Gorham (SBN 151773)<br>wgorham@mayallaw.com<br>Nicholas J. Scardigli (SBN 249947)<br>nscardigli@mayallaw.com<br>Vladimir J. Kozina (SBN 284645)<br>vjkozina@mayallaw.com<br>2453 Grand Canal Boulevard<br>Stockton, California, 95207-8253<br>Telephone:   (209) 477-3833<br>Facsimile:   (209) 473-4818<br><br>Attorneys for Plaintiff<br>LACRISHA BILOG |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRISHA BILOG, an individual<br><br>   Plaintiff,<br><br>   v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>   Defendants | Case No. 2:19-cv-01236-MCE-CKD<br><br>**ORDER STAYING LITIGATION AND EXTENDING DISCOVERY DEADLINES**<br><br>Complaint Filed: July 3, 2019 |

# ORDER

Having read and considered the foregoing Stipulation of the Parties and good cause appearing, IT IS HEREBY ORDERED:

1. This Action is stayed until 30 days after the issuance of an order either approving or denying the final approval of the *Gomes* settlement;
2. The Parties shall jointly file a report with the Court of the issuance of an order either approving or denying the final approval of the *Gomes* settlement within five (5) days of the issuance of said order;
3. The stay shall be automatically lifted upon the Parties' filing of their joint report; and
4. The deadline for completing discovery shall be extended to 240 days from the date that the stay in this action is lifted.

IT IS SO ORDERED.

Dated:  August 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE