**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**VLADIMIR J. KOZINA (SBN: 284645)**
vjkozina@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
Facsimile: (209) 473-4818

Attorneys for Plaintiff LaCrisha Bilog and the Putative Class

**SEYFARTH SHAW LLP**
**Phillip J. Ebsworth (SBN 311026)**
pebsworth@seyfarth.com
**400 Capitol Mall, Suite 2350**
**Sacramento, California 95814-4428**
**Telephone:   (916) 448-0159**
**Facsimile:    (916) 558-4839**

**Attorneys for Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LACRISHA BILOG, an individual,** | **Case No.:  2:19-cv-01236-MCE-CKD** |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1-100, inclusive,** | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff LaCrisha Bilog ("Plaintiff") and Defendant Progressive Casualty Insurance company ("Defendant"), by and through their respective counsel of record, herby stipulate to the dismissal of this action (1) with prejudice as to Plaintiff's individual claims and (2) without prejudice as to the claims brought on a class, collective, and representative basis.  Each side it to bear its own fees and costs.

**RECITALS**

1. Plaintiff filed a class and collective action alleging violations of the FLSA and the California Labor Code against Defendant on July 3, 2020. (Dkt. #1);

2. On August 17, 2020, this Court approved the Parties Stipulation to Stay Litigation and Extend Discovery Deadlines in light of the pending class action settlement in the earlier filed case of *Gomes v. Progressive Casualty Insurance Company*, Sacramento Court Superior Court, Case No. 34-2018-00241979 ("*Gomes*"). (Dkt. No. 30);

3. On September 11, 2020, Hon. Thad Blizzard of the Sacramento County Superior Court granted final approval of the class action settlement in *Gomes*. RJW Dec. ¶ 4;

4. Subsequent to the approval of the *Gomes* class action settlement, the Parties met and conferred regarding which of Plaintiff's class, collective, and representative claims survived the *Gomes* settlement and Defendant's defenses thereto. RJW Dec. ¶ 5;

5. On December 28, 2020, the Parties reached a tentative agreement to settle the matter. Specifically, that Plaintiff would dismiss her individual claims with prejudice and that any remaining class, collective, and/or representative action claims would be dismissed without prejudice. A Notice of Settlement was filed with the court that same day. RJW Dec. ¶ 6;

6. On February 26, 2021, the Parties executed their settlement agreement; RJW Dec. ¶ 7;

7. The Parties in this case have not sent a *Belaire-West* Notice to Defendant's employees and no motion for class certification has been filed or ruled upon by the Court. Plaintiff is also not aware of any putative class member having acted or refrained from acting based upon the existence of this case. RJW Dec. ¶ 8;

8. Plaintiff received consideration in exchange for dismissal of her individual claims. This consideration was received in conjunction with a settlement agreement, a material term of which was that the terms of the agreement and consideration paid is to be kept confidential. Plaintiff is agreeable to providing further detail during an *in camera* review to the extent the Court finds such a hearing necessary. RJW Dec. ¶ 9; and

9. No consideration, direct or indirect, is being given to Plaintiff or her counsel for dismissing the remaining class, collective, and representative action allegations. RJW Dec. ¶ 10.

For the reasons set forth above, the Parties respectfully stipulate and request that this action be dismissed as set forth above.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: March 1, 2021       **MAYALL HURLEY, P.C.**

By:   */s/ Robert J. Wasserman*
Robert J. Wasserman
Attorneys for Plaintiff
LACRISHA BILOG

Dated: March 1, 2021       **SEFYFARTH SHAW LLP**

By:   */s/ Phillip J. Ebsworth*
Phillip J. Ebsworth
Attorneys for Defendant
Progressive Casualty Insurance Company

## **ORDER**

Having considered the stipulation between the Parties, and for good cause appearing, the Court hereby ORDERS that this action be dismissed as follows:

1. Plaintiff's individual claims are dismissed with prejudice;

2. The class, collective, and representative claims are dismissed without prejudice; and

4. Each party is to bear its own attorneys' fees and costs.

5. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE